IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **06-cv-01267-AP**

**JOHN W. SLATER,**

        Plaintiff,

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> FREDERICK W. NEWALL
> 730 N. Weber, #101
> Colorado Springs, Colorado 80903
> (719) 633-5211
> (719) 635-6503 (fax)
> newallfrederickw@qwest.net
>
> For Defendant:
> THOMAS H. KRAUS
> Special Assistant United States Attorney
>
> Social Security Administration
> Office of the General Counsel
> 1961 Stout Street, Suite 1001A
> Denver, Colorado 80294
> (303) 848-0017
> (303) 844-0770 (fax)
> tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:**   June 29, 2006

    **B.  Date Complaint Was Served on U.S. Attorney's Office:**  July  7, 2006

    **C.  Date Answer and Administrative Record Were Filed**:   September 7, 2006

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**

    **A.  Plaintiff's Opening Brief Due:**           December 1, 2006

    **B.  Defendant's  Response Brief Due:**         January 19, 2007

    **C.  Plaintiff's  Reply Brief (If Any) Due:**   February 13, 2007.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 3rd day of November, 2006

                                  BY THE COURT:

                                  S/John L. Kane
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Frederick W. Newall  
FREDERICK W. NEWALL  
730 N. Weber, #101  
Colorado Springs, Colorado 80903  
(719) 633-5211  
(719) 635-6503 (fax)  
newallfrederickw@qwest.net  

Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY  

s/ Thomas H. Kraus  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  

Social Security Administration  
Office of the General Counsel  
1961 Stout Street, Suite 1001A  
Denver, Colorado 80294  
Telephone: (303) 844-0017  
tom.kraus@ssa.gov  

Attorney for Defendant(s)