IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01267-MSK

JOHN JAY SLATER,

        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

        Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **December 7, 2007,** at **8:30 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 22nd day of February, 2007

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge