IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01267-MSK

JOHN JAY SLATER,

       Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

       Defendant.

## ORDER RESETTING ORAL ARGUMENT

       THIS MATTER comes before the Court *sua sponte*.

       **IT IS ORDERED** that the oral argument set for **December 7, 2007** is **VACATED** and **RESET** for **September 26, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. All other provisions of the Court's Order and Notice of Hearing issued on February 22, 2007 shall apply to the rescheduled hearing.

       Dated this 22nd day of March, 2007

       **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge