IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01267-MSK

JOHN JAY SLATER,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER RESETTING ORAL ARGUMENT

**IT IS ORDERED** that the Oral Argument hearing set for September 26, 2007 at 4:00 p.m. is **VACATED** and **RESET** to **September 20, 2007** at **10:00 a.m.**

Dated this 4th day of September, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge