UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 06-cv-01267-MSK

JOHN W. SLATER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

### ORDER FOR ATTORNEY FEES UNDER EAJA
---

The matter before the Court is Plaintiff's Stipulated Motion For Attorney Fees Under EAJA **(#24)** filed on October 1, 2007. The Court hereby

**ORDERS** that the Motion is **GRANTED**. Defendant shall pay attorney fees under EAJA in the amount of $7,000.00, to the Plaintiff in care of the Plaintiff's attorney.

DATED this 1st day of October, 2007.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge